CO-526
(12/86)

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

**FILED**

MAR 1 2 2007

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| vs. | ) |
| | ) |
| **GRAHAM MICHAEL** | ) |

Criminal Case No. 07-37

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## WAIVER OF TRIAL BY JURY

With the consent of the United States Attorney and the approval of the

Court, the defendant waives his right to trial by jury.

_____
Defendant

_____
Counsel for defendant

I consent:

_____
Assistant United States Attorney

Approved:

_____
Judge John D. Bates

Date: _March 12, 2007_