UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | Criminal Case No. 07-37 |
| ) | |
| ) | |
| GRAHAM MICHAEL ) | |

**FILED**
MAR 12 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

WAIVER OF INDICTMENT

I, **GRAHAM MICHAEL**, the above-name defendant, who is accused of

18 USC 1343
Wire Fraud;
18 USC 2 (Aiding and Abetting);
22 D.C. Code 3221(a), 3222(a)(1)
(2001 ed.) ( Fraud in the First Degree);
22 D.C. code 1805 (2001 ed.)
Aiding and Abetting

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on **March 12, 2007** prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_____
Defendant

_____
Counsel for Defendant

Before _____   Date: _____
Judge John D. Bates