IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES ) | |
| ) | |
| v. ) | Criminal No. 07-037 (JDB) |
| ) | |
| GRAHAM MICHAEL ) | |

## NOTICE OF FILING

Defendant, Graham Michael, respectfully submits the attached two letters for consideration at his sentencing hearing.

> Respectfully submitted,
> A. J. KRAMER
> FEDERAL PUBLIC DEFENDER
>
>
> /s/
> Tony W. Miles
> Assistant Federal Public Defender
> 625 Indiana Avenue, N.W., #550
> Washington, D.C.  20004
> (202) 208-7500

① 5-13-07

Dear Judge,

I'm writing to you to let you know that this just bothers my heart deeply. I have no idea why my father has been charged for this. A great person in my eyes, he is the most free spirited individual I ever known growing up. He is a strong person, mentally and physically. He strives to get to his goals and accomplishes them.

My father, as like other fathers, is funny and great to be around with. A joke with him would last forever, because knowing him he'd probably say it again if we didn't get it the first time. As smart or intelligent as he is, many wise life-oriented advice would jump out his mouth, hoping my siblings and I would catch them and to keep them as our own.

He, like my hard working mother are the best. They strive so hard for us to come to this country to have a better prosperous life. I wouldn't feel secure or happy if my father were to be in prison.



He has never committed a crime in his life and to me he'd never be a criminal. All of this is just wrong and I feel sorry for him and my family. Its just not right to have two little brothers, 6 months and 4 year-old, and sister asking when dads coming home. As much as they need him, I need him as well. Since I have just started my training at manassas, Va to become an aircraft technician. He is the main care-taker for me and my three younger siblings, besides my mother. It will be difficult bringing money for food and bills home without him. My 22 year-old brother already helps us with that, but is also stressed out being a Marine with little income.

    Its a sad day for my siblings and I to hear our father might be going to prison. I am praying so hard that you can see it in your heart to forgive my father and let him come home to take care of us.

    Thank you Sir,
Jeon Michael

① May 13, 2007

hi, I'm Renee. I'm Graham Michael's daughter. I'm 14 years old and I'm finishing 9th grade. My dad is a great person and an even better dad too. He's done so much for me and my family. And he's worked so hard for us so we can have clothes and food and a place to live. He gave us chances and oppurtunitys when we came to U.S. Now we can go to school and be whatever we want. Personally, I like school. i have friends and new people to meet. I love to dance and being on the step team is the best thing ever. My dad supports me through my hobbies. Me and my dad have alot of good times together. He's always there for me when I need him. My dad is my best friend. I'm comfortable telling him what I feel and he's there to fix it or help me through it. My dad is a a good listner. He and my 22 year old brother are the two men that I trust and talk to, ~~without~~

without them I couldn't overcome my fears and my obsticles of my life. He teaches me and continues to prepare me for the future. I need my dad here with me and my family because he is the one that got us through good and bad times. He makes us laugh and have those memories I'll never forget throughout ~~my~~ the years. Dad has not been in trouble and this is the first time I've seen him ~~████████~~ so down hearted. Even though he is now driving a truck for a living,

