USA v. GRAHAM MICHAEL     07-37 (JDB)

**FILED**
MAY 1 8 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

I am LCpl Granger L. Michael USMC. Served in the US Marines for over 3 1/2 years, I have two combat deployments under my belt.

I realize what my father is facing. He is not a bad man, in fact he is quite the opposite. My father brought us here to America to make the most out of life. To take every advantage, and seize every opportunity. He has done nothing but wanted the best for us from day one. He is an extremely hard worker and dedicated father and always gets what he sets his mind to.

If my father gets sent to jail, our already tough situation is only going to get harder. I am hardly ever in this country, my younger siblings are still in school, and my mother's income is not sufficient enough to support a means to survive. My father's ability to pay for the necessities for my family to survive are very much needed. So please don't take away a good man's right to provide for his family, and be a loving father.

Corporal Granger L. Michael

*[signature]*