FILED
MAY 18 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

USA v. GRAHAM MICHAEL

Dear Sir,

My name is Celine Michael, age 42 years. I am the wife of Graham Michael, I have been married to him for almost 23 years now. We have 5 children together. The oldest a boy, 22 years old, now a marine. The second, also a boy, 19 years of age, now doing studies at AIM in Manassas. Our third born is a girl, 14 years and a freshman here in Musselman High School in West Virginia. Our 2 youngest one are 2 boys, age 4 years and 7 mnths Respectively.

We have a happy, fun-loving family together, but I have felt deeply saddened and stressed and over-burdened with this case which my husband, Graham has been dealing with.

My husband is kind, and loving. He is a hard-working person and sets good example to his children and those around him. He has never been charged before for any crime, and he would never be one to put his life or job in jeopardy, or even his family.

For 23 fun-loving years with this man, there are two things that Graham has always put before him as priority and that would be his family and his job.

Graham has always worked hard for what he believed in. He worked for his country as a diplomat and whilst back home in our country, I have witnessed his perseverance though extra-long hours at work and that he has never complained. I was there to support him for whatever hard hours he would put into his work.

I am writing this letter with a heavy heart to let you know that my husband does not deserve to go through this. It pains me and the kids to see our daddy this way, especially knowing that you may put him away in jail. I am writing to ask you, Judge, if you can find it in your heart, to help my husband, Graham, get his life back and let him also be with his family. We need him at home, with the family. He is our main bread winner and without him I would be lost and helpless. I really don't know much about what I'd do without him. We have bills, Rent, and food etc that need to be paid and that he takes care of. I alone cannot possibly make it on my own, Judge sir.

Graham needs to be home with the family. We need him at home. For the sake of the family, sir, for the sake of the children and for the sake of myself, we need him home, please. He is always the best father any child could have and the best friend any wife could ask for. That's all.

Thank you sir for your attention.

Celine Michael