UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Docket No.: <u>CR-07-037-01</u> |
| vs. | : | |
| MICHAEL, Graham | : | Disclosure Date: <u>April 11, 2007</u> |

**FILED**
MAY 1 8 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## RECEIPT AND ACKNOWLEDGMENT OF
## PRESENTENCE INVESTIGATION REPORT

This is to acknowledge that each of the undersigned has received and reviewed the Presentence Investigation Report (PSR) in the above-entitled case. The undersigned further acknowledges that:

### For the Government
(CHECK APPROPRIATE BOX)
( ) There are no material/factual inaccuracies therein.
( ) There are material/factual inaccuracies in the PSI report as set forth in the attachment herein.

_____          _____
**Prosecuting Attorney**                                **Date**

### For the Defendant
(CHECK APPROPRIATE BOX)
( ) There are no material/factual inaccuracies therein.
(✓) There are material/factual inaccuracies in the PSI report as set forth in the attachment.

_____ 05/18/07          _____ 4/27/07
**Defendant**       **Date**                              **Defense Counsel    Date**

### NOTICE OF OBLIGATION OF THOSE EXECUTING THIS FORM

Pursuant to Local Rule 32(f)(2), those executing this form shall first submit any material inaccuracies or disputes in writing by **April 25, 2007**, to U.S. Probation Officer **Sherry Brandon**, telephone number **(202) 565-1327**, fax number **(202) 273-0242**.

Pursuant to Rule 32(b)(6)(B), effective December 1, 1994, it shall be the responsibility of the Attorney for the Government and the Defense Counsel to provide each other with a copy of the objections at the same time the objections are filed with the probation office.

**FOR THE COURT**

By:  Gennine A. Hagar, Chief
     United States Probation Officer

**FEDERAL PUBLIC DEFENDER**
DISTRICT OF COLUMBIA
SUITE 550
625 INDIANA AVENUE, N.W.
WASHINGTON, DC 20004

A. J. KRAMER
*Federal Public Defender*

Telephone (202) 208-7500
FAX (202) 208-7515

April 27, 2007

**BY FAX (202) 273-0193**

Ms. Sherry Brandon
United States Probation Officer
3rd & Constitution Ave., N.W.
Washington, D.C. 20001

Re: <u>United States v. Graham Michael</u> [Cr. No. 07-37 (JDB)]

Ms. Brandon:

Attached is the Receipt and Acknowledgment in connection with Mr. Michael's Presentence Report (PSR). Mr. Michael and I concur with all corrections suggested by AUSA Daniel Butler and we submit that the following additional factual/material inaccuracies should be corrected:

-On pages 6-7, ¶ 23, the report should note that, after the death of Mr. Michael's mother, Mr. Michael attended school on the *weekdays* and worked on the *weekends* to help support the family.

-On page 7, ¶ 24, the report should note that Mr. Michael lived in Papua New Guinea from birth until *early 1995*. The report should also note that from *early 1995* to *mid 1996*, Mr. Michael lived in Australia. The report should further note that Mr. Michael returned to Papua New Guinea in *mid 1996* and he continued to reside in Papua New Guinea until *1997*. Finally, the report should note that Mr. Michael lived in Washington, D.C. from *1997* to 2004.

-On page 7, ¶ 28, on the last line, "Papua" should be inserted before "New Guinea."

-On page 7, ¶ 29, the report should state that Mr. Michael married Ms. Ampaoi in *1984*. The report should also make clear that Mr. Michael's wife (not Mr. Michael) works as a dispatcher for Swift Transportation. The report should note that Leon Michael is 19 (not 20). Mr. Michael prefers that his son Granger Michael be referred to as "Corporal Granger" in the sentence which begins on the 4th line of this paragraph. Mr. Michael also requests that this paragraph makes reference to the fact that Corporal Granger has just returned from a six months tour in Iraq.

-On page 8, ¶ 33, the report should note that Mr. Michael resigned from the embassy as opposed to being terminated from the embassy.

    -On page 9, ¶ 41, the correct spelling for the high school from which Mr. Michael received a certificate is Malabunga.

    -On page 10, ¶ 48, the report should note that Mr. Michael's annual salary was $8,000 rather than $15,000.

Thank you for your assistance.

                                            Sincerely,

                                            Tony W. Miles
                                            Asst. Federal Public Defender

cc: AUSA Daniel Butler