HONORABLE JOHN D. BATES, UNITED STATES DISTRICT JUDGE

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Docket No.: <u>CR-07-037-01</u> |
| | : | |
| vs. | : | **FILED** |
| | : | |
| MICHAEL, Graham | : | Disclosure Date: <u>April 11, 2007</u> MAY 1 8 2007 |

### RECEIPT AND ACKNOWLEDGMENT OF
### PRESENTENCE INVESTIGATION REPORT

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

This is to acknowledge that each of the undersigned has received and reviewed the Presentence Investigation Report (PSR) in the above-entitled case. The undersigned further acknowledges that:

### For the Government
(CHECK APPROPRIATE BOX)

(X) There are no material/factual inaccuracies therein. *But, some typographical errors noted on page 2, attached.*

( ) There are material/factual inaccuracies in the PSI report as set forth in the attachment herein.

_____
Daniel P. Butler
**Prosecuting Attorney**

4-16-07
**Date**

### For the Defendant
(CHECK APPROPRIATE BOX)

( ) There are no material/factual inaccuracies therein.

( ) There are material/factual inaccuracies in the PSI report as set forth in the attachment.

| | | | |
|---|---|---|---|
| _____ | _____ | _____ | _____ |
| **Defendant** | **Date** | **Defense Counsel** | **Date** |

## NOTICE OF OBLIGATION OF THOSE EXECUTING THIS FORM

Pursuant to Local Rule 32(f)(2), those executing this form shall first submit any material inaccuracies or disputes in writing by <u>April 25, 2007</u>, to U.S. Probation Officer <u>Sherry Brandon</u>, telephone number <u>(202) 565-1327</u>, fax number <u>(202) 273-0242</u>.

Pursuant to Rule 32(b)(6)(B), effective December 1, 1994, it shall be the responsibility of the Attorney for the Government and the Defense Counsel to provide each other with a copy of the objections at the same time the objections are filed with the probation office.

## FOR THE COURT

**By:** Gennine A. Hagar, Chief
United States Probation Officer

**Receipt and Acknowledgment**                                            **Page 2**

Page 6, ¶ 22 – first line, "Papua" should be before "New Guinea"

Page 7, ¶ 27 – second line, after "scheduled to" there should be the word "expire"

Page 7, ¶ 28 – first line, "defendant's" should be "defendant"

Page 8, ¶ 30 – last sentence, instead of "did report" should be "did not report"

Page 9, ¶ 43 – last sentence, instead of "an medical" should be "a medical"

Page 12, ¶ 54 – first sentence, instead of "source credit" should be "source of credit"

Page 13, ¶ 61 – third line, "chose" should be "choose"

Signed by: _Daniel P. Butler_

Daniel P. Butler
Assistant United States Attorney

Date: _April 16, 2007_